## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VALDA JOHNSON,

                Plaintiff,

      v.

GORDON HARTOGENSIS,
Director, Pension Benefit Guaranty
Corporation,

                Defendant.

Civil Action No. 19-1998 (JMC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 39, is **GRANTED**, and this matter is

hereby **DISMISSED**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: October 5, 2023

 

Jia M. Cobb
U.S. District Court Judge